UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02342-SPG-SP | Date | April 21, 2026 |
| Title | Thomas A. Schmitz et al v. FCA US, LLC | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

This case was originally scheduled for trial on January 20, 2026. *See* (ECF No. 19). However, the parties failed to file any of the required pretrial filings by the dates set out in the Court's Civil Pretrial Schedule and Trial Order. Therefore, on December 17, 2025, the Court vacated the scheduled final pretrial conference and ordered the parties to show cause why the Court should not dismiss the case for lack of prosecution. *See* (ECF No. 23 ("OSC")).

After the Court issued the OSC, Plaintiffs filed certain of their required pretrial filings, *see* (ECF Nos. 24-27, 29), as well as a declaration addressing their failure to comply with the scheduled case deadlines, *see* (ECF No. 28). In response, the Court discharged the OSC and set new dates for the final pretrial conference and trial. *See* (ECF Nos. 30, 32). In its order, the Court directed the parties to file the required pretrial filings by set dates, "according to the requirements set out in the Court's Scheduling Order." (ECF No. 32). The Court also explained that "[f]ailure to do so will result in sanctions." (*Id.*). Pursuant to the Court's order, the parties have filed pretrial filings. *See* (ECF Nos. 33-34, 36-40, 43-48). However, the parties' pretrial filings once again do not comply with the Court's scheduling order in several respects.

First, the scheduling order required the parties to complete a settlement conference by November 12, 2025, *see* (ECF No. 19-1), and specifies that "[n]o case will proceed to trial unless all parties . . . have appeared personally at a settlement conference," (ECF No. 19 § I(C)). However, in the parties' Joint Status Report Regarding Settlement the parties state that they "have not attended formal mediation of this matter" but are "open to attending a settlement conference with the assigned Magistrate Judge." (ECF No. 39).

Second, the scheduling order required the parties to file the following documents for their proposed jury instructions: (1) a set of joint agreed upon jury instructions; (2) a set of disputed jury instructions; and (3) a redline copy of each filing that shows any modifications to pattern jury instructions, any disputed language, and the factual or legal basis for each party's

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02342-SPG-SP | Date | April 21, 2026 |
| Title | Thomas A. Schmitz et al v. FCA US, LLC | | |

position. *See* (ECF No. 19 § II(B)(5)). However, the parties have submitted separate proposed jury instructions, such that the Court is unable to determine the parties' agreed upon and disputed instructions. *See* (ECF Nos. 43, 47). The parties have not submitted a redline to show any modifications to pattern jury instructions and/or their points of disagreement. *See* (*id.*). The parties have also largely failed to explain the factual or legal basis for their positions. *See* (*id.*).

Finally, in the event that the parties are unable to agree on a proposed verdict form, the scheduling order requires the parties to file "one document" that includes: (1) the parties' respective proposed verdict forms; (2) a redline copy of the same, showing any disputed language; and (3) the factual or legal basis for each party's respective position. *See* (ECF No. 19 § II(B)(6)). However, the parties have each filed special verdict forms, neither of which includes a redline to show the basis for the parties' disagreement or an explanation of the factual or legal basis for their positions. *See* (ECF Nos. 46, 48).

Therefore, the parties are hereby ORDERED to show cause, in writing, by Friday, April 24, 2026, why the Court should not impose sanctions based on the parties' continued disregard for the Court's scheduling order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg