UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02342-SPG-SP | Date | July 23, 2026 |
| Title | Thomas A. Schmitz et al v. FCA US, LLC | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SANCTIONS**

This action was removed from California state court in November 2024 and, in February 2025, the Court set a trial date for January 2026. *See* (ECF Nos. 1, 19). Neither party timely filed any of the required pretrial filings ahead of the parties' December 2025 final pretrial conference. *See* (ECF No. 23). The Court therefore ordered the parties to show cause why the case should not be dismissed. *See* (*id.*). Counsel for Plaintiff filed a response to the order to show cause, stating that he overlooked the deadlines to file pretrial documents due to an administrative error. *See* (ECF No. 28). The Court therefore amended the scheduling order, setting a new date for the final pretrial conference in April 2026. *See* (ECF No. 32). The Court explained that failure to file the required pretrial documents according to the requirements articulated in the Court's Scheduling Order would result in sanctions. *See* (*id.*).

Ahead of the April 2026 final pretrial conference date, the parties filed pretrial documents that did not comply with the Court's Scheduling Order. *See* (ECF No. 50). Specifically, counsel represented that they had not completed a settlement conference, notwithstanding the Court's order to do so by November 2025; counsel failed to file joint agreed upon and disputed jury instructions; and counsel failed to file a single document that reflected both parties' proposed verdict forms, with a redline copy of the same showing disputed language and the factual or legal basis for each party's respective position. *See* (*id.*). The Court therefore ordered the parties to show cause why the Court should not impose sanctions based on the parties' continued disregard for the Court's orders. *See* (*id.*). Counsel for both parties filed declarations apologizing for their noncompliance with the Court's orders, and the Court declined to impose sanctions. *See* (ECF Nos. 51, 54).

The Court held a status conference with the parties on May 6, 2026. *See* (ECF No. 58). During the status conference, counsel represented that they were confident about the prospect of settling the case. The Court therefore ordered the parties to file a joint status report by no later than June 5, 2026, addressing the status of settlement discussions. The Court further

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-02342-SPG-SP | Date | July 23, 2026 |
| Title | Thomas A. Schmitz et al v. FCA US, LLC | | |

explained that it would not allow the parties to continue deferring the case deadlines and ordered the parties to propose new dates for their pretrial filings, final pretrial conference, and trial if the parties could not reach a settlement.

To date, the parties have not filed a status report addressing their settlement discussions and/or proposing new case deadlines. In light of the parties' repeated failure to follow the Court's orders, after multiple warnings that failure to do so will result in sanctions, the parties are hereby ORDERED to show cause in writing, by no later than August 1, 2026, why the Court should not impose monetary sanctions on counsel.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer pg